IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| Michael Ellison, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:23-cv-132-MSN-LRV |
| ) | |
| ) | |
| Inova Health System Foundation, et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

Pursuant to the order of this Court entered on April 15, 2024, and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of Defendants Inova Health System Foundation and Inova Health Care Services, and against Plaintiffs Michael Ellison, Andrea Graham, Arin Jenkins, *on behalf of themselves and all others similarly situated*.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
D. Estevez, Deputy Clerk

Dated: 4/15/2024
Alexandria, Virginia